[No. 30263-9-I.   Division One.   July 31, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD
E. NICHOLS, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 91-1-04750-9, Larry A. Jordan, J., entered
February 19, 1992. *Affirmed* by unpublished opinion per
Cox, J., concurred in by Baker, C.J., and Agid, J.

[Nos. 30793-2-I; 36326.   Division One.   July 31, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. GLENN
CLAUDE ("SANDY") DAVIS, *Defendant*, MICHAEL
TIMOTHY WOLFE, *Appellant*.

*In the Matter of the Personal Restraint Petition of*
MICHAEL T. WOLFE, *Petitioner*.

Appeal from a judgment of the Superior Court for King
County, No. 91-1-06501-9, Warren Chan, J., entered May
29, 1992. *Affirmed* by unpublished opinion per Baker, C.J.,
concurred in by Grosse and Cox, JJ.

[No. 31366-5-I.   Division One.   July 31, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN D.
BABCOCK, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 92-1-00352-6, Warren Chan, J., entered
September 2, 1992. *Affirmed in part, reversed in part*, and
*remanded in part* by unpublished opinion per Becker, J.,
concurred in by Grosse and Webster, JJ.